**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
UNITED STATES MARSHAL
2024 OCT 24  PM 2:35
SOUTHERN DIST. S/TX

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Darrell Dwayne Allen | 4:24cv4094 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Credit One Bank | Summons/Complaint |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Credit One Bank/Credit One Financial |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 6801 S Cimarron Rd, Las Vegas, NV 89113 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Nathan Oschner - Clerk of Court | Number of process to be served with this Form 285 — 1 |
| 515 Rusk St | Number of parties to be served in this case — 1 |
| Houston, TX 77002 | Check for service on U.S.A. |

United States Courts
Southern District of Texas

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

NOV 2 1 2024

Nathan Ochsner, Clerk of Court

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | 713-250-5449 | 10/24/2024 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 79 | 79 | | 10/28/24 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☒ pm |
|---|---|---|---|
| | 11/06/24 | 12:12 | |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS  9589 0710 5270 1004 1185 54

Delivered via Certified mail on 11/06/24.
See attached.

Form USM-285
Rev. 03/21

Tracking Number:

**9589 0710 5270 1804 1185 54**

☐ Copy    ✗ Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:12 pm on November 6, 2024 in LAS VEGAS, NV 89113.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

---

☑ **Delivered**
Delivered, Front Desk/Reception/Mail Room
LAS VEGAS, NV 89113
November 6, 2024, 12:12 pm

See All Tracking History

## What Do USPS Tracking Statuses Mean?

---



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CREDIT ONE
BANK/CREDIT ONE FINANCIAL
6801 S CIMARRON RD
LAS VEGAS, NV 89113

||||||||||||||||||||||||||||||||||||||
9590 9402 8903 4064 2454 61

2. Article Number (Transfer from service label)
9589 0710 5270 1804 1185 54

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
✗ _____ ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery   Delivery
☐ Collect on Delivery            ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation
☐ Insured Mail                     Restricted Delivery
☐ Insured Mail Restricted Delivery
  (over $500)

Domestic Return Receipt

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To
CREDIT ONE
BANK/CREDIT ONE FINANCIAL
Street and Apt. No., or PO Box No.
6801 S CIMARRON RD
City, State, ZIP+4®
LAS VEGAS, NV 89113

9589 0710 5270 1804 1185 54

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions